# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

HERMAN STRAUSS, INC., a West Virginia Corporation

**Plaintiff(s),**

v.

ESMARK INCORPORATED, a Delaware Corporation

**Defendant(s).**

(CIVIL)(CRIMINAL) NO: 5-07-CV-74

FILED AUG 27 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Erin N. Fischer, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 8/27/07

_____
United States District Judge