IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
(Wheeling Division)

| | |
|---|---|
| HERMAN STRAUSS, INC., a West Virginia corporation, | Civil Action No. 05-07-cv-74 |
| v. | Hon. Frederick P. Stamp, Jr. |
| ESMARK INCORPORATED, a Delaware corporation | |

### RULE 41 STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Herman Strauss, Inc., and Defendant, Esmark Steel Service Group, Inc. f/k/a Esmark Incorporated, by their respective undersigned counsel, and pursuant to Fed.R.Civ.P. 41, hereby stipulate to the voluntary dismissal with prejudice of this action, with each party to bear its own costs and expenses, including attorneys' fees.

/s/ Denise Knouse-Snyder
Denise Knouse-Snyder
(WV State Bar No. 7073)
PHILLIPS, GARDILL, KAISER &
ALTMEYER, PLLC
61 Fourteenth Street
Wheeling, WV 26003
304-232-6810
304-232-4918 - Fax

Joseph F. McDonough
MANION McDONOUGH & LUCAS, P.C.
Suite 1414 - U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
412-232-0200
412-232-0206 - Fax

/s/ **Leonard J. Marsico**
Leonard J. Marsico
McGuire Woods, LLP
Dominion Tower, 23rd Floor
625 Liberty Avenue
Pittsburgh, PA 15222
412-667-7987

Carl N. Frankovitch
Mark A. Colantonio
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062
304-723-4400

Dated: May 9, 2008

Approved and so Ordered:

_____
U.S. District Court Judge

Dated: _____, 2008